**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 31, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-01111-CV

---

## IN RE FREEPORT WELDING & FABRICATING, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 93898-CV**

---

## MEMORANDUM OPINION

On December 31, 2018, relator Freeport Welding & Fabricating, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.  In the petition, relator asks this Court to compel the Honorable Terri Tipton-Holder, presiding judge of the 149th District Court of Brazoria County, to vacate the order denying the motion to enforce the Rule 167 settlement agreement between the parties.

With certain exceptions, to obtain mandamus relief a relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that it is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.